UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
Fred Smith, Jr.
Imani N. Molock-Smith : No. 17-16259-MDC

## **PRAECIPE TO WITHDRAW**

Pursuant to the above-captioned matter, kindly withdraw the Amended Chapter 13 Plan and Certificate of Service , filed on March 23, 2018.

                                                   /s/ David M. Offen
                                                 David M. Offen, Esquire
                                                 Curtis Center, 1st Fl., Ste. 160 W
                                                 601 Walnut Street
                                                 Philadelphia, PA  19106
                                                 215-625-9600
Dated 5/14/18