United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 17-16259-mdc
Fred Smith, Jr.                                                  Chapter 13
Imani N Molock-Smith
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey             Page 1 of 2              Date Rcvd: Dec 14, 2018
                            Form ID: pdf900          Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
db/jdb         +Fred Smith, Jr.,    Imani N Molock-Smith,    7757 Bennett Road,    Wyncote, PA 19095-2301
13983249       +Aes/suntrust,    Pob 61047,    Harrisburg, PA 17106-1047
13983250       +AmeriCredit/GM Financial,    Po Box 183853,    Arlington, TX 76096-3853
13983252       +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
13983253       +Blatt, Hassenmiller, Leibsker, & Moore,    1835 Market Street, Suite 501,
                 Philadelphia, PA 19103-2933
13983255       +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
14028360        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
13983261       +GC Services,    6330 Gulfton,    Houston, TX 77081-1198
13983262       +Helm Assocs,    801 Bristol Pike,    Croydon, PA 19021-5447
13983263       +Leroys Jewelers,    Sterling Jewelers, Inc/Attn: Bankruptcy,    Po Box 1799,
                 Akron, OH 44309-1799
13998295        Navient Solutions, LLC. on behalf of,    United Student Aid Funds, Inc.,
                 Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
13993818       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13983274       +Raymour & Flanigan,    Attn: Legal Dept,    7248 Morgan Rd,    Liverpool, NY 13090-4535
13983275       +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
14125656        United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
13983276       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
13983278       +Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,    Des Moines, IA 50306-0438
14011375        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Dec 15 2018 03:03:35     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 15 2018 03:02:49
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 15 2018 03:03:26     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 15 2018 03:05:04
                 Capital One Auto Finance, a division of Capital On,    Ascension Capital Group,
                 P.O. Box 165028,    Irving, TX 75016-5028
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 15 2018 03:05:04
                 Capital One Auto Finance, a divison of Capital One,    4515 N Santa Fe Ave. Dept APS,
                 Oklahoma City, OK 73118-7901
13983251        E-mail/Text: legal@arsnational.com Dec 15 2018 03:02:35     ARS National Services, Inc.,
                 P.O. Box 469100,    Escondido, CA 92046-9100
13983254       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Dec 15 2018 03:05:05
                 Capital One Auto Finance,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
13985991       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 15 2018 03:05:04
                 Capital One Auto Finance A division of Capital,    One, N.A. c/o AIS Portfolio Services, LP,
                 4515 N. Santa Fe Ave., Dept. APS,    Oklahoma City, OK 73118-7901
13999633       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 15 2018 03:05:04
                 Capital One Auto Finance, c/o AIS Portfolio Servic,    P.O. Box 165028,    Irving, TX 75016-5028
13983256       +E-mail/Text: bankruptcy@philapark.org Dec 15 2018 03:04:04     City of Philadelphia,
                 Parking Violations Branch,    P.O. Box 41819,    Philadelphia, PA 19101-1819
13983258       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 15 2018 03:02:37
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
13983257       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 15 2018 03:02:37     Comenity Bank/kingsi,
                 Po Box 182125,    Columbus, OH 43218-2125
13983259        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 15 2018 03:02:37     Comenity Capital/mprc,
                 Attn: Bankruptcy,    Po Box 18215,    Columbus, OH 43218
13983260       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 15 2018 03:02:37     Comenitycapital/zales,
                 Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
13983264       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 15 2018 03:03:10     Midland Funding,
                 Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
14017572       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 15 2018 03:03:10     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14025769       +E-mail/Text: ecfbankruptcy@progleasing.com Dec 15 2018 03:03:17     NPRTO North-East, LLC,
                 256 West Data Dr,    Draper, UT 84020-2315
13983266       +E-mail/PDF: pa_dc_claims@navient.com Dec 15 2018 03:05:05     Navient,    Attn: Claims Dept,
                 Po Box 9500,    Wilkes-Barr, PA 18773-9500
13983265       +E-mail/PDF: pa_dc_claims@navient.com Dec 15 2018 03:05:15     Navient,    Attn: Bankruptcy,
                 Po Box 9500,    Wilkes-Barr, PA 18773-9500
14026273        E-mail/PDF: pa_dc_claims@navient.com Dec 15 2018 03:15:29     Navient PC TRUST c/o,
                 Navient Solutions, LLC.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
13983272        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2018 03:05:05
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541

```
District/off: 0313-2          User: Stacey              Page 2 of 2                   Date Rcvd: Dec 14, 2018
                              Form ID: pdf900           Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13994404          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2018 03:04:55
                  Portfolio Recovery Associates, LLC,   POB 41067,    Norfolk VA 23541
13983270         +E-mail/Text: blegal@phfa.org Dec 15 2018 03:03:13      Pa Housing Finance Age,   Po Box 8029,
                  Harrisburg, PA 17105-8029
14044421         +E-mail/Text: blegal@phfa.org Dec 15 2018 03:03:13      Pennsylvania Housing Finance Agency,
                  211 North Front Street,    Harrisburg, PA 17101-1406
13987067         +E-mail/Text: bankruptcy@philapark.org Dec 15 2018 03:04:04      Philadelphia Parking Authority,
                  701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
14002986          E-mail/Text: bnc-quantum@quantum3group.com Dec 15 2018 03:02:39
                  Quantum3 Group LLC as agent for,    Sadino Funding LLC,   PO Box 788,
                  Kirkland, WA 98083-0788
14043712         +E-mail/Text: bncmail@w-legal.com Dec 15 2018 03:03:18      TD BANK USA, N.A.,
                  C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,   Seattle, WA 98121-3132
14016491          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 15 2018 03:16:02       Verizon,
                  by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK 73124-8838
                                                                                               TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13983267*        +Navient,    Attn: Claims Dept,   Po Box 9500,    Wilkes-Barr, PA 18773-9500
13983268*        +Navient,    Attn: Claims Dept,   Po Box 9500,    Wilkes-Barr, PA 18773-9500
13983269*        +Navient,    Attn: Claims Dept,   Po Box 9500,    Wilkes-Barr, PA 18773-9500
13983273*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,   Po Box 41067,    Norfolk, VA 23541)
13983271*        +Pa Housing Finance Age,    Po Box 8029,   Harrisburg, PA 17105-8029
13983277*        +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
                                                                                           TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Debtor Fred  Smith, Jr. dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Joint Debtor Imani N Molock-Smith dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:   Fred Smith, Jr.                               :        Chapter 13

       Debtor(s)                                    :        Bankruptcy No. 17-16259-MDC

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

      **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

      This chapter 13 bankruptcy case is **DISMISSED**.

      Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

      Any wage orders previously entered are **VACATED**.

      Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

      All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

      Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order.  Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed

compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

    7.    If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: December 14, 2018

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE