```
                   IN THE UNITED STATE BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

In Re:   Fred Smith, Jr.               ) Chapter 13
             Debtor                    )
                                       ) No. 17-16259-mdc
                                       )
                                       )

## CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection or other responsive pleading to the Application for Compensation of Counsel Fees and respectfully request that the Order attached to the Application be approved.

                                        /s/David M. Offen
                                        David M. Offen
                                        Attorney for Debtor

**Date:3/21/19**